IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GIBBS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv944-MHT |
| | ) | (WO) |
| TAYLOR M. WEST, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After an independent and de novo review of the record, with no objections filed to the recommendation, and based upon the agreement of the parties set forth in the recommendation, it is ORDERED as follows:

(1) The recommendation (doc. no. 21) of the United States Magistrate Judge is adopted.

(2) The motion to remand (doc. no. 8) is denied.

(3) The first amended complaint (doc. no. 7) is withdrawn.

(4) The motion to strike the first amended complaint (doc. no. 10) and the motion to dismiss the first amended complaint (doc. no. 13) are denied as moot.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 29th day of February, 2016.

                                              /s/ Myron H. Thompson\_\_\_\_
                                            UNITED STATES DISTRICT JUDGE